Argued August 22, affirmed August 22, 1972

## STATE OF OREGON, *Respondent, v.* PATRICK WILLIAM SHAPRO (No. 35119), *Appellant.*

### 500 P2d 503

*Gary D. Babcock,* Public Defender, Salem, argued the cause and filed the brief for appellant.

*Doyle L. Schiffman,* District Attorney, Roseburg, argued the cause for respondent. With him on the brief was Stephen H. Miller, Deputy District Attorney, Roseburg.

Before Schwab, Chief Judge, and Langtry and Thornton, Judges.

AFFIRMED FROM THE BENCH.